**MADE JS-6/REMAND**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN T. MARTIN AND JILL MARTIN;<br><br>          Plaintiffs,<br><br>  vs.<br><br>WELLS FARGO BANK, N.A. and DOES 1 to 5,<br><br>          Defendants. | CASE NO.:  CV 12-7130-GW(PJWx)<br><br>[The Honorable George H. Wu, District Judge, Courtroom 9]<br><br>**ORDER GRANTING  THE STIPULATION TO REMAND THE FEDERAL ACTION TO THE STATE COURT** |

After consideration of the Stipulation of Plaintiffs John T. Martin and Jill Martin ("Plaintiffs"), and Defendant Wells Fargo Bank, N.A., successor by merger with Wells Fargo Bank Southwest N.A., formerly known as Wachovia Mortgage, FSB, formerly known as World Savings Bank, FSB ("Wells Fargo"), by and through their respective counsel of record, and good cause appearing therefor, the Court ORDERS as follows:

1. The parties' Stipulation to remand the instant action back to the state court IS GRANTED.
2. All pending hearing dates for this matter are VACATED.
3. This case will be remanded to the Superior Court of California, County of Los Angeles, forthwith.

**IT IS SO ORDERED.**

Dated: October 5, 2012

HONORABLE GEORGE H. WU
UNITED STATES DISTRICT JUDGE

# CERTIFICATE OF SERVICE

I, the undersigned, declare that I am over the age of 18 and am not a party to this action. I am employed in the City of Pasadena, California; my business address is Anglin, Flewelling, Rasmussen, Campbell & Trytten LLP, 199 S. Los Robles Avenue, Suite 600, Pasadena, California 91101-2459.

On the date below, I served a copy of the foregoing document entitled:

**[PROPOSED] ORDER GRANTING THE STIPULATION TO REMAND THE FEDERAL ACTION TO THE STATE COURT**

on the interested parties in said case as follows:

**Served Electronically Via the Court's CM/ECF System**

*Attorneys for Plaintiffs*

Wilma R. Shanks, Esq.
Wilma R. Shanks Law Offices
1502 North Broadway
Santa Ana, CA 92706
Tel: 714-558-6114
Fax: 714-558-6029
E-mail: WRSlaw@sbcglobal.net

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. I declare that I am employed in the office of a member of the Bar of this Court, at whose direction the service was made. This declaration is executed in Pasadena, California on October 2, 2012.

| Rachelle H. Guillory | */s/ Rachelle H. Guillory* |
|---|---|
| (Type or Print Name) | (Signature of Declarant) |